UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNY BROWN,

       Petitioner,

   v.

JOSIE GASTELO, Warden,

       Respondent.

Case No. 18-cv-02110-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order; and Instructions to Clerk, which dismissed this matter as duplicative, IT IS ORDERED AND ADJUDGED

That Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

IT IS SO ORDERED.

Dated: October 4, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge